costs, and place of trial changed to Columbia county, with costs to appellants to abide event. HOWARD, J., dissents.

**HARBISON-WALKER REFRACTORIES CO.**, Appellant, v. 119TH ST. REALTY CO., Respondent. (Supreme Court, Appellate Division, First Department. May 7, 1915.) Action by Harbison-Walker Refractories Company against the 119th Street Realty Company. F. M. Avery, of New York City, for appellant. S. T. Stern, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

**HARDIN** et al., Respondents, v. ROBINSON, Appellant. (No. 7158.) (Supreme Court, Appellate Division, First Department. April 16, 1915.) Appeal from Special Term, New York County. Action by John R. Hardin and others, as trustees, etc., against George R. Robinson. From an order continuing an injunction during the pendency of the action, defendant appeals. Reversed. Chester A. Jayne, of New York City, for appellant. Elbridge L. Adams, of New York City, for respondents.

PER CURIAM. There is no case made upon these papers for the issuance or continuance of an injunction pendente lite. The order appealed from is therefore reversed, with $10 costs and disbursements, and the motion denied, with $10 costs. Order filed.

**HARGRAVES**, Respondent, v. WICKWIRE STEEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by Susan Hargraves, as administratrix, etc., against the Wickwire Steel Company. No opinion. Motion for leave to appeal (in 151 N. Y. Supp. 1120) to Court of Appeals denied, with $10 costs.

**HARLEY**, Respondent, v. PLANT et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 23, 1915.) Action by James Harley against Hannah E. Plant, executrix, etc., of Humphrey L. Plant, deceased, and another. No opinion. Judgment affirmed, with costs.

**HARMON**, Respondent, v. PRENTICE et al., Appellants. (Supreme Court, Appellate Division, First Department. March 12, 1915.) Action by Margaretta T. Harmon against Henry L. Prentice and another. H. S. Sayers, of New York City, for appellants. C. C. Clark, of Brooklyn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

**HARRIS** v. TED SNYDER CO. et al. (Supreme Court, Appellate Division, First Department. April 9, 1915.) Action by Charles K. Harris against the Ted Snyder Company and others. H. C. Smyth, of New York City, for appellants. A. H. Rosenfeld, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 163 App. Div. 956, 148 N. Y. Supp. 1119.

**HART**, Appellant, v. FULLER, Respondent. (Supreme Court, Appellate Division, Third Department. May 5, 1915.) Action by Natalie A. Hart, as administratrix, etc., of Palmer A. Hart, deceased, against Bernice L. Fuller. No opinion. Judgment unanimously affirmed, with costs.

**HART** v. HOPWOOD. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Louis C. Hart against Everard B. Hopwood. No opinion. Application denied, with $10 costs. Order signed. See, also, 151 N. Y. Supp. 871.

**HARTMANN** v. ARMSTRONG. (No. 7100.) (Supreme Court, Appellate Division, First Department. April 1, 1915.) Appeal from Special Term, New York County. Action by Edward A. X. Hartmann against Paul Armstrong. From an order denying a motion to vacate an order for the examination of a witness before trial, defendant appeals. Modified and affirmed. Phelan Beale, of New York City, for appellant. Geo. W. Files, of New York City, for respondent.

PER CURIAM. The order appealed from is modified, by restricting the examination to matters concerning the receipt and contents of the letter specified in the affidavit of the plaintiff's attorney, and by striking out the provision for the production of such letter. As so modified, the order is affirmed, without costs.

**HARTWELL**, Respondent, v. FARRELL, Appellant. (Supreme Court, Appellate Division, Third Department. March 18, 1915.) Action by William L. Hartwell against Jerome J. Farrell. No opinion. Order affirmed, without costs.

**HARTWICK POWER CO.**, Respondent, v. MIX, Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1915.) In the matter of the application of the Hartwick Power Company relative to acquiring title to certain real estate in the town of Milford, Otsego County, as against Edith Wilber Mix. No opinion. Order affirmed, with costs.

**HATCH**, Appellant, v. LAKE SHORE & M. S. RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by Cora May Hatch, as administratrix, etc., against the Lake Shore & Michigan Southern Railway Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 159 App. Div. 596, 145 N. Y. Supp. 781.

KRUSE, P. J., and LAMBERT, J., dissent.

**HAUPTMAN**, Respondent, v. NEW YORK EDISON CO., Appellant. (Supreme Court, Appellate Division, First Department. April 9, 1915.) Action by Mayer Hauptman, as administrator, etc., against the New York Edison Company. T. H. Beardsley, of New York City, for appellant. J. F. McIntyre, of New York City, for respondent. No opinion. Judgment